```
              UNITED STATES DISTRICT COURT FOR THE
                   DISTRICT OF NEW HAMPSHIRE
```

United States of America

    v.                                Civil No. 05-cv-384-JD

Land and Buildings Located at
295 Cyr Road, Littleton, New
Hampshire, with all Appurtenances
and Improvements Thereon, Owned by
Wanda Yulfo and Luis Yulfo


                          O R D E R

    Upon application of Wanda Yulfo and finding that under 18 U.S.C. § 983(b)(2)(a) the applicant is financially unable to obtain representation by counsel in this case regarding real property subject to forfeiture that is being used by the applicant as a primary residence, and on consent of the Legal Services Corporation that Attorney Michael Sheehan may provide representation to the applicant on its behalf, the court orders that pursuant to 18 U.S.C. § 983 the Legal Services Corporation shall provide counsel to the applicant and that Attorney Michael Sheehan shall be such counsel.

    Furthermore, it is hereby ordered that any judgment for fees and costs for LSC pursuant to 18 U.S.C. § 983(b)(2)(B) shall be awarded to Attorney Michael Sheehan or the Legal Services Corporation subject to the submission of appropriate statements of such fees and costs and the consent of the Legal Services

Corporation.

 Attorney Michael Sheehan shall promptly file an appearance in this matter on behalf of Wanda Yulfo.

 SO ORDERED.

/s/ Joseph A. DiClerico, Jr.<br>
Joseph A. DiClerico, Jr.<br>
United States District Judge

January 25, 2006

cc: Gregory A. Moffett, Esquire
   Robert J. Rabuck, Esquire
   Wanda Yulfo, pro se
   Luis Yulfo, pro se
   Michael Sheehan, Esquire